➢AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

                              District of     Delaware

Trisport, Ltd.,

           Plaintiff,          **SUMMONS IN A CIVIL CASE**

   V.

Greenkeepers of Delaware, LLC and

Greenkeepers, Inc.,          CASE NUMBER:   08 - 468

          Defendants.


TO: (Name and address of Defendant)
    Greenkeepers of Delaware, LLC
    c/o National Registered Agents, Inc.
    160 Greentree Drive - Suite 101
    Dover, DE  19904


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
    Maryellen Noreika
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899


an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


PETER T. DALLEO                           JUL 29 2008

CLERK                                                   DATE

(By) DEPUTY CLERK

🅰AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 29, 2008 |
| NAME OF SERVER (PRINT) LAWRENCE A DUGAN | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By hand delivering a copy of the summons and complaint to Greenkeepers of Delaware, LLC c/o National Registered Agents, Inc., 160 Greentree Drive, Suite 101, Dover, DE 19904

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/29/08
                  *Date*

*Signature of Server*

800 King Street
Suite 102
Wilmington, DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.